IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case No.: 19-cv-02170 |
| MARK PEGRAM, Individually and as Administrator of the Estate of SAMUEL JAMES PEGRAM, Deceased, and on behalf of all Surviving Beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation;<br>ROSEMOUNT AREOSPACE, INC., a Delaware corporation;<br>ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>Defendants. | SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT<br><br><br><br>DEMAND FOR JURY TRIAL |

1

PLAINTIFF MARK PEGRAM, Individually and as Administrator of the Estate of SAMUEL JAMES PEGRAM, Deceased, and on behalf of all Surviving Beneficiaries, COMPLAINS OF THE DEFENDANTS AND EACH OF THEM AS FOLLOWS:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiff incorporates by reference each of the Counts in the Master Complaint checked below:

*As against THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

## PLAINTIFF'S INFORMATION:

4. Decedent, SAMUEL JAMES PEGRAM, was an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

    MARK PEGRAM, father of the Decedent and Administrator of Decedent's Estate is entitled to bring wrongful death claims on behalf of all surviving beneficiaries.

6. Plaintiff is a resident of England. Plaintiffs' Decedent was a resident of Switzerland at the time of his death.

7. Decedent's Estate is represented in the following capacity:

☒ MARK PEGRAM is Administrator of the Estate of Decedent and is authorized to bring an action on behalf of the Decedent. Plaintiff was appointed as Administrator by the High Court of Justice England and Wales, on November 29, 2019.

☐ Other (please describe): _____.

## PLAINTIFF(S) DAMAGES:

8. Plaintiff(s) requests the relief checked below:

    All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

3

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒ For all property losses, in an amount according to proof at trial.

☒ For attorneys' fees, costs and other damages as permitted under applicable laws.

☒ For punitive and exemplary damages in an amount according to proof at trial;

☒ For pre- and post-judgment interest on all damages as allowed by the law.

☒ For all costs of suit incurred herein.

☒ For such other and further relief as the Court shall deem just and proper.

☐ Other (specify):

_____

_____

## ADDITIONAL ALLEGATIONS, IF ANY

9. Samuel "Sam" James Pegram was born on February 20, 1994 and died in the crash of ET302 on March 10, 2019 at the age of 25. Sam was a Humanitarian Policy Intern for the Norwegian Refugee Council in Geneva, Switzerland, and was travelling with a co-worker from Geneva to Nairobi, Kenya to conduct a training program on behalf of his organization. Samuel's life was dedicated to serving others. He held a B.A. in International Relations from

the University of Leeds and a LLM in International Human Rights Law from the University of York.

In the three years before his death, Sam gained extensive experience through his work with human rights organizations, including Humanitarian Family Aid; Generations for Peace – Jordan; National Citizen Service; Arab Renaissance for Democracy and Development-Legal Aid; the Danish Refugee Council; and Refuge Action York. Sam's focuses included humanitarian access, counter-terrorism and counter-extremism. He was known for his generosity, sense of humor and his passionate commitment to inspiring the lives of the less fortunate. Sam's untimely death is deeply felt by his family, friends, colleagues and those who knew of his passion and dedication for human rights.

Samuel Pegram is survived by his father, Mark Pegram, his mother, Deborah Pegram, and his brother, Thomas Pegram. The family was extremely close and, prior to the crash, saw each other frequently. Most recently, they had spent time together in Switzerland. The Pegram family must now deal with the devastating consequences of Sam's untimely and horrific death. They will never be the same.

The manner in which Samuel died is particularly distressing for surviving family due to the terrifying nature of his final moments. Shortly after take-off the aircraft began making noticeably unusual, alarming and uncomfortable movements in response to the erroneous AOA sensor and MCAS activations. During the last several minutes before ET-302 crashed, Sam experienced violent oscillations of the aircraft which resulted in his fear of impending death as well as physical and mental pre-death pain and suffering. Ultimately, Sam was exposed to extreme forces as the aircraft dove towards the ground at speeds approaching 600 miles per hour during which time Samuel surely knew he was about to die.

## DEMAND FOR JURY TRIAL

PLAINTIFF hereby demands a trial by jury as to all claims in this action.

Dated: Chicago, Illinois
February 2, 2021

                                      */s/ Todd A. Smith*
                            One of the Attorneys for the Plaintiff

SMITH LACIEN LLP

Todd A. Smith
Brian LaCien
70 West Madison Street #2250
Chicago, IL 60602
Tel: 312-509-8900
Email: tsmith@smithlacien.com
Email: blacien@smithlacien.com

KREINDLER & KREINDLER LLP

Justin T. Green
Anthony Tarricone
Brian J. Alexander
Daniel O. Rose
Megan W. Benett
Andrew J. Maloney, III
Vincent C. Lesch
Kevin J. Mahoney
Erin R. Applebaum
750 Third Avenue
New York, NY 10017
Tel: 212-687-8181
Email: jgreen@kreindler.com
Email: atarricone@kreindler.com
Email: balexander@kreindler.com
Email: drose@kreindler.com
Email: mbenett@kreindler.com
Email: amaloney@kreindler.com
Email: vlesch@kreindler.com
Email: kmahoney@kreindler.com
Email: applebaum@kreindler.com